IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN W. MANN,

       Appellant,

v.

GUARD HOWL, ET AL.,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0218

Opinion filed September 24, 2014.

An appeal from an order of the Circuit Court for Union County.
Mary Day Coker, Judge.

John W. Mann, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      DISMISSED. Daily v. Soloway, 125 So. 3d 363 (Fla. 1st DCA 2013).

ROWE, MARSTILLER, and MAKAR, JJ., CONCUR.